IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JUDITH ANN DONOVAN,
FORMER WIFE

     Appellant/Cross-Appellee,

v.

JOHN CHARLES DONOVAN,
III, FORMER HUSBAND

     Appellee/Cross-Appellant.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3885

_____/

Opinion filed October 4, 2016.

An appeal from the Circuit Court for Okaloosa County.
John "Jay" Gontarek, Judge.

Michael T. Webster and E. Jane Brehany, Pensacola, for Appellant/Cross-Appellee.

R. Stan. Peeler of Peeler Law Firm, P.C., Pensacola, for Appellee/Cross-Appellant.


<u>ON MOTION FOR REHEARING</u>

PER CURIAM.

     On consideration of the motion for rehearing, we grant the motion and withdraw the opinion filed August 9, 2016, substituting the following opinion in its place.

We affirm all issues raised by former wife on appeal, but reverse the trial court's order reducing the former husband's alimony payment to zero based on changed circumstances. While the trial court retained jurisdiction to "enter whatever other orders which may be required in order to clarify, implement, or enforce the provisions" of the final order, a nominal award of permanent alimony better preserves the trial court's jurisdiction to revisit the matter in the future upon changed circumstances of the parties. Winder v. Winder, 152 So. 3d 836, 841 (Fla. 1st DCA 2014). Accordingly, the trial court's order reducing the former husband's alimony payment to zero is vacated, and the case is remanded for the trial court to enter a nominal award of permanent alimony.

REVERSED and REMANDED.

ROWE, MAKAR, and BILBREY, JJ., CONCUR.